JOSEPH SUGALSKI, PETITIONER-PETITIONER, v. THE GREAT ATLANTIC AND PACIFIC TEA COMPANY, RESPONDENT-RESPONDENT.

*Mr. Edward J. Russo* and *Mr. Aaron Gordon* for the petitioner.

*Mr. James J. Skeffington* and *Mr. Isidor Kalisch* for the respondent.

February 7, 1955.  Denied.